

**The New York Times Company**

David McCraw
Vice President and
Assistant General Counsel

620 Eighth Avenue
New York, NY 10018

tel 212.556-4031
fax 212.556-4634
mccraw@nytimes.com

February 28, 2013

**VIA ECF**

Hon. Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007

Re:   New York Times v. Dep't of Justice (Docket No. 13-422) (11civ9336 (CM))

Dear Ms. Wolfe:

I write on behalf of Appellants in the above-referenced appeal. Pursuant to Local Rule 31.2(a)(1)(A), Appellants request a deadline of April 15, 2013 for submission of Appellants' brief. That date is within 91 days of the February 14, 2013 "ready date."

We thank the Court for its attention to this matter.

Respectfully submitted,

David E. McCraw

cc:   All counsel of record (via ECF)

54936