UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 1st day of March, two thousand and thirteen,

_____

| | |
|---|---|
| The New York Times Company, Charlie Savage, Scott Shane, | **ORDER**<br>Docket No: 13-422 |
| Plaintiffs - Appellants, | |
| v. | |
| United States Department of Justice, | |
| Defendant - Appellee. | |

_____

APPELLANTS The New York Times Company, Charlie Savage, Scott Shane, has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting 04/15/13 as the brief/joint appendix filing date.

The scheduling notification hereby is so ordered.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

