# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

 At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 19th day of March, two thousand and thirteen.

Before: Christopher F. Droney,
 *Circuit Judge.*

---

The New York Times Company, Charlie Savage, Scott Shane,

 Plaintiffs-Appellants,

v.

United States Department of Justice,

 Defendant-Appellee.

**ORDER**
Docket No. 13-422

---

American Civil Liberties Union, American Civil Liberties Union Foundation,

 Plaintiffs-Appellants,

v.

United States Department of Justice, United States Department of Defense, Central Intelligence Agency,

 Defendants-Appellees.

Docket No. 13-445

---

 IT IS HEREBY ORDERED that the motion by the appellants to consolidate the above-referenced appeals and to set a briefing schedule in the consolidated appeal is GRANTED. Appellants' opening briefs are due April 15, 2013; Appellees' response brief is due June 14, 2013; Appellants' reply briefs are due June 28, 2013.

 For The Court:

 Catherine O'Hagan Wolfe,
 Clerk of Court.

