

**U.S. Department of Justice**
Civil Division, Appellate Staff
950 Pennsylvania Ave. NW, Rm. 7250
Washington, DC 20530

Tel: 202-353-2689

September 19, 2013

Hon. Catherine O'Hagan Wolfe
Clerk of the Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    RE:   *New York Times Co. v. United States,* Nos. 13-422 (Lead),
            13-445 (Con.) (2d Cir.)

Dear Ms. Wolfe:

      The above-referenced case is scheduled for oral argument on October 1, 2013. We are writing to remind the Court that this case involves sealed, classified information, which has been filed with the Court under special security arrangements. As this Court is aware, the Government filed a public, unclassified brief with the Court, which was served on the plaintiffs-appellants. In addition, the Court permitted the Government to file classified inserts to its brief on appeal. The Government also filed classified information in the district court, and the district court issued a classified appendix to one of the district court decisions on appeal. The Department of Justice provided classified material to this Court and to the district court with the understanding that the security of this information would be properly protected. *See* 28 C.F.R. § 17.17 (regulations providing that classified information may be disclosed by Justice Department attorneys to a court).

      Counsel for the government is prepared to argue this case in an open courtroom, without referring to classified information in the record, in the district

court's classified appendix to its decision, or in the government's classified inserts to the brief on appeal. However, if the Court has questions about the classified material, or if it becomes necessary for Government counsel to answer questions by referring to classified information, we assume that the relevant portion of the oral argument will be held in an appropriate secure environment, limited to the Judges and other persons cleared to have access to the classified information in the case.

      Thank you for your attention to this matter, and please do not hesitate to contact us with any questions or if we can be of further assistance.

                               Sincerely,

                               /s/ Sharon Swingle

                               Sharon Swingle

cc:    Plaintiffs-appellants (via CM/ECF)