# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of October, two thousand and thirteen.

Before: Jon O. Newman
       José A. Cabranes
       Rosemary Pooler,
           *Circuit Judges*.

_____

THE NEW YORK TIMES COMPANY, CHARLIE SAVAGE, SCOTT SHANE, AMERICAN CIVIL LIBERTIES UNION, AMERICAN CIVIL LIBERTIES UNION FOUNDATION,

   Plaintiffs-Appellants,

       v.

UNITED STATES DEPARTMENT OF JUSTICE, UNITED STATES DEPARTMENT OF DEFENSE, CENTRAL INTELLIGENCE AGENCY,

   Defendants-Appellees.

_____

**ORDER**
Docket No. 13-0422-cv (L)
          13-0445-cv (CON)

The panel that heard oral argument in this case on October 1, 2013, herewith places on the record the fact that, after the argument, the panel briefly met *ex parte* and *in camera* with counsel for the Government and the Court Security Officer to ascertain the whereabouts of certain sealed documents that had been included in the record and referred to in a sealed document in the record, but could not be readily located. The sealed documents were located by the Court Security Officer and will be made available for inspection by the panel as needed.

                                    For the Court:
                                    Catherine O'Hagan Wolfe,   Clerk of Court