

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

July 28, 2014

**BY ECF**

Hon. Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *The New York Times Co. v. United States*, 13-422(Lead), 13-445(Con) (2d Cir.)

Dear Ms. Wolfe:

    This letter will confirm that pursuant to the Court's Order dated July 25, 2014, the declarations referenced in the government's Motion to Submit *Ex Parte* Classified and Privileged Supplemental Declarations in Support of Petition for Rehearing En Banc have been provided to the Court.

    We thank the Court for its consideration of this matter.

                Respectfully,

STUART DELERY                  PREET BHARARA
Assistant Attorney General         United States Attorney for the
                                                  Southern District of New York

                                By:    ___/s *Sarah S. Normand*_____
SHARON SWINGLE            SARAH S. NORMAND
Appeals Counsel                 Assistant United States Attorney
Telephone: (202) 353-2689       Telephone: (212) 637-2709
sharon.swingle@usdoj.gov        sarah.normand@usdoj.gov

cc: Counsel for Plaintiffs-Appellants (via ECF)