# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of August, two thousand and fourteen.

_____

| | |
|---|---|
| The New York Times Company, Charlie Savage, Scott Shane, American Civil Liberties Union, American Civil Liberties Union Foundation,     Plaintiffs-Appellants, <br><br> v. <br><br> United States Department of Justice, United States Department of Defense, Central Intelligence Agency,     Defendants-Appellees. | **ORDER** <br> Docket No. 13-422 (L); <br>                 13-445 (con.) |

_____

    Appellees the United States Department of Justice, the United States Department of Defense, and the Central Intelligence Agency filed a petition for panel rehearing and rehearing *en banc*. The request for panel rehearing was previously addressed in opinions of July 10, 2014 and August 11, 2014. The active members of the Court have considered the request for rehearing *en banc*.

    IT IS HEREBY ORDERED that, to the extent that it remains outstanding, the petition is DENIED.

    For the Court**:**
    Catherine O'Hagan Wolfe,
    Clerk of Court