

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

July 6, 2015

**BY ECF**

Hon. Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

 Re: *The New York Times Co. v. United States Dep't of Justice*,
   14-4432(Lead), 14-4764(Con) (2d Cir.)

Dear Ms. Wolfe:

 On June 23, 2015, the Court (Cabranes, Newman and Pooler, JJ.) heard argument in the above-referenced appeals, in both a public session and a closed, *ex parte* session. We enclose for filing on the public docket a redacted version of the closed, *ex parte* session, with classified and privileged information redacted.

 We thank the Court for its consideration of this matter.

           Respectfully,

BENJAMIN C. MIZER      PREET BHARARA
Acting Assistant Attorney General   United States Attorney for the
               Southern District of New York

MATTHEW M. COLLETTE  By:  ___/s/ *Sarah S. Normand*_____
SHARON SWINGLE       SARAH S. NORMAND
THOMAS PULHAM       Assistant United States Attorney
U.S. Department of Justice    Telephone: (212) 637-2709
Civil Division, Appellate Staff   sarah.normand@usdoj.gov

Encl.